UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 14, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALTON JAMES JOHNSON, LLL,<br><br>Defendant. | Case No. 2:20-mj-00076-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALTON JAMES JOHNSON, LLL ,

Case No. 2:20-mj-00076-AC  Charge 18USC § 2244(b),  , from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

__x__  Unsecured Appearance Bond $   $10,000.00

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

__X__  (Other):   Pretrial conditions as stated on the record.

Issued at Sacramento, California on May 14, 2020 at 2:00 pm.

By: _/s/ Allison Claire_

Magistrate Judge Allison Claire